IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND C. KELLEY,

                                                               ORDER

                Petitioner,

                                                     08-cv-535-slc

      v.

WILLIAM POLLARD, Warden, in
his individual capacity; MICHAEL BAENEN,
Deputy Warden, in his individual capacity;
PETER ERICKSEN, Security Director,
in his individual capacity; SARAH COOPER,
Segregation Programs Supervisor, in her individual capacity;
WILLIE SWIEKATOWSKI, Segregation
Security Supervisor, in his individual capacity;
DR. MALEAH CUMMINGS, Segregation
Psychologist, in her individual capacity;
STEVEN SCHMIDT, Psychological Services
Unit Supervisor, in his individual capacity;
MICHAEL MOHR, Inmate Complaint
Examiner, in his individual capacity; RICK RAEMISCH,
Secretary of Wisconsin Dept. of Corrections,
in his individual and official capacity;
MARK ZIMONICK, Segregation Social Worker,
in his individual capacity; WISCONSIN DEPT OF
CORRECTIONS, in their official capacities ;
MULTI-DISCIPLINARY SEGREGATION REVIEW
TEAM, in their official capacities,

                                   Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 6, 2008, dismissed petitioner's complaint without prejudice because it did not comply with Fed. R. Civ. P. 8. I gave petitioner until October 20, 2008 in which to file an amended complaint that addressed the defects in his original complaint.

On October 20, 2008, plaintiff submitted a letter to this court. I understand him to be asking me to reconsider my October 6, 2008 order or to give him a two-week extension in which to file an amended complaint. In his letter, plaintiff has not persuaded me that the defects in his original complaint should not be corrected. Therefore, his motion to reconsider will be denied. However, I will grant him a two-week extension until November 5, 2008 to file an amended complaint.

## ORDER

IT IS ORDERED that:

1. Petitioner's motion for reconsideration is DENIED.

2. Petitioner's motion for an extension of time is GRANTED. He has until November 5, 2008 to file an amended complaint

Entered this 22nd day of October, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge